UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELROY ESPINOZA,<br><br>           Plaintiff,<br><br>   v.<br><br>JENNY HWANG,<br><br>           Defendant. | Case No. 24-cv-06427-JST<br><br>**ORDER OF DISMISSAL** |

Plaintiff filed this *pro se* civil rights action. On March 5, 2025, the Court dismissed the complaint for failure to state a claim. ECF No. 13. The Court granted Plaintiff leave to amend, and ordered Plaintiff to file an amended complaint by April 2, 2025, or face dismissal of this action. *Id.* The deadline to file an amended complaint has passed, and Plaintiff has neither filed an amended complaint nor communicated with the Court. Accordingly, the Court DISMISSES this action for failure to state a claim. The dismissal is without prejudice to filing a motion to reopen, accompanied by a proposed amended complaint that addresses the deficiencies identified in the Court's March 5, 2025 Order, and explaining why Plaintiff failed to timely file an amended complaint. Judgment is entered in favor of Defendant and against Plaintiff. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: April 15, 2025

_____
JON S. TIGAR
United States District Judge